*Docket Entry # 1*

Romancee Oshay George
FULL NAME

*Related (WD)*

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 - 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COMMITTED NAME (if different)

P.O BOX # 26020
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Beaumont-Low  Beaumont Tx 77720

08537-104
PRISON NUMBER (if applicable)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER *EDCV24-1895-CBM (ADS)*

To be supplied by the Clerk

PLAINTIFF,

v.

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)

☐ 42 U.S.C. § 1983

☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)  *Both*

☑ FTCA 28 U.S.C. § 1346, 2671 *LAWSUIT*

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ 3

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Case # 5:21-CV-483-WWB-PRL filed 9-21-20  Dismissed 2-14-22  failure to follow an order

Case # 5:23-CV-738 JLB-PRL (pending now) refiled.
   both this cases is the same excessive use of force.

Case # 5:21-CV-632-SPC-PRL  Dismissed failure to state a claim 7/8/24

but please note this is the same situation FBOP is failing to give me my chornic case medications. c

Docket Entry

a. Parties to this previous lawsuit:
   Plaintiff _Romancee George_

   Defendants _Krishe Mathieu and Neil Fulcher_

b. Court _Middle District of Florida - Ocala_

c. Docket or case number _5:21-CV-632-SPC-PRL_

d. Name of judge to whom case was assigned _Sheri Polster Chappell_

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _Dismissed failure to state a claim._

f. Issues raised: _8th Amendments Rights violation Delibrate Indiffernce to a serious medical need_

g. Approximate date of filing lawsuit: _12-30-2020_

h. Approximate date of disposition _~~July~~ 7-8-2024_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed?  ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Romancee George_
                                                        (print plaintiff's name)

who presently resides at _Beaumont - Low_ ,
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_Victorville USP_
(institution/city where violation occurred)

on (date or dates) _____October 6, 2022 until January 2023_____.
          (Claim I)            (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____J. Steenbergen_____ resides or works at
    (full name of first defendant)
_____13777 Air Express Way Blvd_____
    (full address of first defendant)
_____Asst. Health Service Administrator_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
_____This person is the acting director of Health Services at USP-Victorville. I personally notified him of me being harmed._____

2. Defendant _____John Doe unknown defendant._____ resides or works at
    (full name of first defendant)
_____Unknown_____
    (full address of first defendant)
_____Regional Pharmcies_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
_____This person is responsible for making sure my chornic care medications stay in stock._____

3. Defendant _____United States of America_____ resides or works at
    (full name of first defendant)
_____Unknown_____
    (full address of first defendant)
_____Department of Justice_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
_____The Federal Bureau of Prisons is under control by the Department of Justice which is why I'm sueing U.S.A._____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

8th Amendments Rights violation "Creul and unusally Punishment" and delibrate indifference to a serious medical need. I was denied my HIV medications by Federal of Bureau of Prisons employees thru neglect, mistake, or failure to do there duties. This resulted in medical malpractice that could harm my life span. It is a proven fact missed doses of the HIV medications makes your body resisited To the treatment and the medications become in-effective from missed doses. The medications I am prescribed is Descovy 225mg, Norvir 100mg, and Prizeatia 800mg and in a 80 day span I missed 20 days roughly due to the disorderly fashion I was medically handled.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SEE ATTACHMENT

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

J. Steenbergen - Asst Health Service Administator @ USP Victorville
Defendant:

I notified him (see exhibit's Request for help #1 and #2) via request that he did not respond to, than I did a BP-8 Informal Resolution Grievance (see Exhibit #1) requesting that he increase the amount of pills from 14 day supply to a 30 day suppy to help cure the issue of me running out 2 times a month of my HIV medications Descovy 225mg, Norvir 100mg, and Prizestia 800mg I was denied as you can see which resulted in me getting harmed because I was not getting my HIV medications as prescribed which is "deliberate indifference" to a serious medical need because I have HIV the meds keep me healthly and alive. Also note on my BP-8 he stated a lie stating "15 day supply is standard". No other institution I was at gave me 15 day supply always 30 days worth and if he wanted to make sure I was complying he could order with my labs a test called "current compliance" see (Exhibit labs example) so his excuse for dening me help is invalid and resulted ~~in~~ in me getting harmed more. AHSA Steenbergen admitted they could not obtain my HIV meds Descovy 225 Norvir 100mg, and Prizestia 800 mg its agreed HIV is a serious medical disease. So I filed a FTCA tort claim which I sued for 50,000$ which I should have won due to the FBOP admits to the malpractice.


John Doe - Regional Pharmacies @ Regional Level.
Defendant Unknown

Regional Pharmacies is directly over ordering / purchasing medications. They suppose to order medications needed by bulk so they can have the medications in stock. If one source is out than they suppose findout who has these pills and obtain them. The pharmacies failed to obtain my HIV meds which resulted in me being denied my HIV medications. I am suing this person because he or she failed they're duties. ~~Emax~~ Example 60 days worth is 2 bottles of each pills suppose to be kept in stock at all times so he/she can be able to fill my prescribations timely and to ensure if its any major event that I will have meds ready. By failing to obtain my medications malpractice was committed and that is "deliberate indiffence" to a serious medical need because the pills keep me healthly and alive.

I would ask to findout Defendants name?

United States of America - Department of Justice Section
Defendant

I am naming U.S.A because I was harmed/injuried by acts or omissions of a private persons that works for the Federal Bureau of Prisons, and the Federal Bureau of Prisons is under Department of Justice control and under FTCA Congress partially waived sovereign immunity so U.S.A is qualified as and defendant. I am being held for case 1:15-CR-20717-Lenard and U.S.A. is responsible for my care and is responsible my Amendment Rights does not get violated. The FBOP did nothing as I exhausted my Administrative Remedies so they allowed my 8th Amendment Rights to be violated and I suffered creual and unusally punishment by getting denied my HIV medications. I have also exhausted all none aves to inmates and still recieve no relief even tho I qualified for a Settlement of FTCA claim #

TRT-WXR-2023-02179

Docket Entry #71

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I filed a Federal Tort Claim for the malpractice I recieved. Tort Claim # TRT-2023-02179 requested 50,000$ in damages.

December 30, 2022 it was recieved by Western Regional Office 7338 Shoreline Dr Stockton, California 95219 and Los Angeles Consolidated Legal Center 535 Alameda St Los Angeles, CA 90012 Attorney's represent the Federal Bureau of Prisons. in the Tort claim process.

I requested 60,000$ in damages and I am now suing in both FTCA lawsuit and bivens they have admitted to not being able to obtain my medications and under FTCA nobody is immune and now I will like to sue because Federal Bureau of Prisons is refusing to follow this tort process Congress created.

I request 50,000$ in Compensatory Damages and I request 10,000$ in Punitive Damages for injuries and the mental stress I am in during and also for not adhering to the FTCA process basically rejecting Congress so called remedies, and to punish them for they illegal acts.

August 31, 2024
_(Date)_

Romancee George
_(Signature of Plaintiff)_

# EVIDENCE - Exhibit # 1

Docket Entry # 1
with Complaint.

This exhibit was took from me.
I would like to get this exhibit from
the United States Attroney. I submitted a
copy of evidence exhibit #1 with my
Federal Tort claim Act # TRT-WXR-2023-02179

My property was held from 4-7-23 until 2-2-24
To enable me from using my "due process". &
Some of my property was missing this how
my evidence got missing.

Exhibit(s) 1 of 17

Evidence Exhibit #2

**VICTORVILLE FCC**          VIP - B23-108U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
606749-VIX    Peikar, Nader MAT MD/CD     10/06/22
GEORGE, ROMANCEE          08537-104
**Take one tablet by mouth each day**

6945002A  11,25  5Q

Emtricitabine/Tenofovir Alafenamide 200/25mg Tab
(3) Refills   11/26/22    JTD    Refill Until: 01/04/23
#14                      Don't Co... e Before: 02/2...23
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for wh...

I received this pill
11/28/22 14 day amount only
Run out 12/12/22

**VICTORVILLE FCC**          VIP - B23-108U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
606749-VIX    Peikar, Nader MAT MD/CD     10/06/22
GEORGE, ROMANCEE          08537-104
**Take one tablet by mouth each day**

Emtricitabine/Tenofovir Alafenamide 200/25mg Tab
(2) Refills   12/14/22    PCO    Refill Until: 01/04/23
#14 TAB                  Don't Confiscate Before: 03/14/23
6945002A  11,25
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.      KR

I reordered this pill on
12/14/22 when the computer
let me but I ran out of
descay 12/12/22 I did
not receive this pill until
12/19/22 7 days after I
ran out.

**VICTORVILLE FCC**          VIP - B23-108...
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
607287-VIX    Peikar, Nader MAT MD/CD     10/14/2...
GEORGE, ROMANCEE          08537-104
**Take one tablet (800 MG) by mouth each day**

Darunavir Ethanolate (DRV) 800 MG Tab
(2) Refills   12/05/22    PCO    Refill Until: 01/12/23
#15 Tab                  Don't Confiscate Before: 03/05/23
...25                    KR
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

I received this refill
12/5/22 15 day supply
I did not receive no
refill and today is 12/21/22
pharmacy claim they're waiting
on the manufactor to send
them but they refuse to buy
per bottle I have missed
5 days today is 12/21/22.

**VICTORVILLE FCC**          VIP - B23-108U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612658-VIX    Rutledge, Franklin (MAT)    12/23/22
GEORGE, ROMANCEE          08537-104
**Take one tablet (800 MG) by mouth each day**

22LG714  07125
Darunavir Ethanolate (DRV) 800 MG Tab
(11) Refills   12/29/22    PCO    Refill Until: 06/21/23
#15 TAB                  Don't Confiscate Before: 03/29/23
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.    ...TL

I did not receive this pill
untill 12/29/21 I missed @ 10
days straight due to medicals
failure to obtain my pills

Exhibit(s) 2 of 17



**VICTORVILLE FCC**
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612659-VIX    Rutledge, Franklin (MAT)    VIP - B23-108U
GEORGE, ROMANCEE    12/23/22
    08537-104
Take one tablet  by mouth each day

Gilead
6445002A
11-25

This Medicine May Be Taken With Or Without Food

Emtricitabine/Tenofovir Alafenamide 200/25mg Tab
(12) Refills  01/02/23    PCO    Refill Until:  06/21/23
#14 TAB    Don't Confiscate Before:  04/02/23

CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

*Handwritten: I received this pill on 1/2/23*

---

**VICTORVILLE FCC**
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612659-VIX    Rutledge, Franklin (MAT)    VIP - B23-108U
GEORGE, ROMANCEE    12/23/22
    08537-104
Take one tablet by mouth each day

Gilead
7608602A
2-26

This Medicine May Be Taken With Or Without Food

Emtricitabine/Tenofovir Alafenamide 200/25mg Tab
(10) Refills  01/26/23    PCO    Refill Until:  06/21/23
#15 TAB    Don't Confiscate Before:  04/26/23

CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

*Handwritten: I decd My last refill was 1/22 before I received these this on 1/*

---

**VICTORVILLE FCC**
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612658-VIX    Rutledge, Franklin (MAT)    VIP - B23-108U
GEORGE, ROMANCEE    12/23/22
    08537-104
Take one tablet (800 MG) by mouth each day

Janssen
22LG714
7.25

Take With Food

Darunavir Ethanolate (DRV) 800 MG Tab
(9) Refills  01/25/23    PCO    Refill Until:  06/21/23
#15 TAB    Don't Confiscate Before:  04/25/23

CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

---

**VICTORVILLE FCC**
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
613959-VIX    Peikar, Nader MAT MD/CD    VIP - B23-108U
GEORGE, ROMANCEE    01/10/23
    08537-104
Take one tablet (100 MG) by mouth each day

Abbvie
1167302
2-24

Take With Food

Ritonavir (RTV) 100 MG Tab
(4) Refills  01/23/23    PCO    Refill Until:  04/10/23
#15 TAB    Don't Confiscate Before:  04/23/23

CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

*Handwritten: 2/13/23*

Exhibit(s) 3 of 17

**VICTORVILLE FCC**                          VIP - B23-107U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
613959-VIX   Peikar, Nader MAT MD/CD        01/10/23
GEORGE, ROMANCEE                            08537-104
**Take one tablet (100 MG) by mouth each day**

abbvie
1167302
02-14-24

Ritonavir (RTV) 100 MG Tab
(3) Refills   02/13/23   PCO      Refill Until:  04/10/23
#15 TAB                   Don't Confiscate Before:  05/14/23

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

My Refill was 7 days late.
before I received this refill
on 2/13/23, my last refill was
given 1/23/23 with 15 day supply
review Exhibit #3

---

**VICTORVILLE FCC**                          VIP - B23-107U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612659-VIX   Rutledge, Franklin (MAT)       12/23/22
GEORGE, ROMANCEE                            08537-104
**Take one tablet  by mouth each day**

Gilead
7008602A
02-26

Emtricitabine/Tenofovir Alafenamide 200/25mg Tab
(9) Refills   02/13/23   PCO      Refill Until:  06/21/23
#15 TAB                   Don't Confiscate Before:  05/14/23

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

My Refill was 5 days late.
Before I received this refill
On 2/13/23, my last refill was
given 1/26/23 with a 14 day
supply review Exhibit #3

---

**VICTORVILLE FCC**                          VIP - B23-107U
13777 AIR EXPRESSWAY BLVD - VICTORVILLE, California
612658-VIX   Rutledge, Franklin (MAT)       12/23/22
GEORGE, ROMANCEE                            08537-104
**Take one tablet (800 MG) by mouth each day**

Janssen
22LG714
07-25

Darunavir Ethanolate (DRV) 800 MG Tab
(8) Refills   02/13/23   PCO      Refill Until:  06/21/23
#15 TAB                   Don't Confiscate Before:  05/14/23

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

My Refill was 6 days late
Before I received this refill
on 2/13/23, my last refill was
given 1/25/23 with a 15 day
supply review Exhibit #3

Exhibit(s) 4 to 17

Exhibit #1
Proof of grievances

VIX 1330.17
10/11/2012
Page 4

@ USP
Victorville

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**INSTITUTION (CIRCLE ONE) FCI I   FCI II   USP   CAMP**

NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state the complaint below and list what efforts you have made to resolve your complaint informally.  State names of staff contacted.

1.  Complaint and resolution you expect:  I am not receiving my HIV medications. This is "delibrate indifferace" to a serious medical need! My refill be only for 14 or 15 days I would like to get it increased to 30 days. So I will not have to Refill twice a month. I have missed 20 days Total

2.  Efforts you have made to informally resolve:  I spoke to Nurses and doctors they are claiming they are having issues receiving my medications Destovy 200/25mg and Prizesti 800mg from whoever they buy them from.

Domenee G.              08537-104            12/21/22
Inmate's Name/Signature      Reg. No.             Date
George

*********************************************************************

### FOR STAFF USE ONLY

12.22.22

| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: _____
forward to Medical.

Sir, if the manufacturer does not not have the medication in stock, we can not purchase it for you.

We are working every lead we have to secure the meds for you ASAP, 15 day supply is standard practice for everyone on HIV medications to make sure you are compliant, denied. Refills are on the way.

_____        12.22.22              J. Steenbergen AHSA - USP
Counselor Signature        Date

Unit Manager's Comments: _____

_____

_____        _____
Unit Manager Signature        Date

Distribution: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk.

Exhibit(s) 5 of 17

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Proof of grievance's @ USP Victorville U*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** George, Romancee O     08537-104     2B-108↑     Victorville-USP
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** Medical is failing to give me my medications. This is "Delibrate indifferent" to a serious medical need. I requested to received a increased amount I only receive 14 day refill orders medical denied my BP-8 veiw attachment. Emtricitabine/ Tenofovir Alafenamide 200/25mg I received that pill 11-28-22 a 14day supply my 14 supply was over 12/12/22 but I did not receive it until 12/19/22 I missed 7days due to delibrate indifferent. Darunavir Ethanolate 800mg I received this pill 12/5/22 with a 15 day supply I did not receive no refill and today is 12/23/22 pharmacy claiming they're waiting on the manufacturer and they dont have none in stock.

12/23/22    I want a 30 day supply    *Romancee George*
DATE                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**

 

 

_____           _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: 147228-F1

Exhibit(s) 6 of 17

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Exhibit # 1 Proof of Grievances

```
BMPF3          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-03-2024
PAGE 006 OF 006 *              SANITIZED FORMAT              *      11:00:05

  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT--------------------
               RCV-OFC      RCV-FACL    DATE-RCV      STATUS    STATUS-DATE

  1131454-F1   26DS/        MEDICATION REFILL AMOUNT
               HAZ          HAZ         08-22-2022    REJ       08-24-2022

  1147228-F1   26AM/        MEDICAL ACCESS
               VIP          VIP         01-09-2023    CLO       02-17-2023

  1147228-R1   26AM/        MEDICAL ACCESS
               SER          EDG         09-22-2023    REJ       11-07-2023

  1176710-F1   25ZM/        INMATE PROPERTY
               EDG          EDG         09-26-2023    CLO       10-16-2023

  1180795-F1   22ZM/        THREAT ASSESSMENT COMPLAINT
               EDG          EDG         11-07-2023    CLO       12-27-2023

  1191266-R1   34AM/        I/M ALLEGE STAFF MISCONDUCT
               SER          EDG         11-13-2023    CLO       04-04-2024

  1187120-R1   20DM/        DHO APPEAL, CODE 201/307
               SER          ATL         12-22-2023    REJ       01-17-2024

  1187120-R2   20DM/        DHO HEARING 10-31-2023 CODE 201
               SCR          BMP         02-23-2024    CLD       03-20-2024

  1147228-A1   26AM/        MEDICAL ACCESS
               BOP          BMP         03-20-2024    REJ       04-09-2024
```

1st Grievance at facility

2nd Regional level

Rvd

Rvd

Rvd

Did not Rvd

BP-11 needed

Did not Rvd

3rd Central office

1) Missing Mail and mone for missing that supposely went out. (No Tort claim #1) for missing Property. Sent out

```
             73 REMEDY SUBMISSION(S) SELECTED
  G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Has exhausted all remedies available

Exhibit 7 of 17

Exhibit 7 of 17

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**
Western Regional Office
7338 Shoreline DR
Stockton, CA 95219

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.**
Romancee George 08537-104
USP-Victorville P.O. Box 3900
Adelanto, CA 92301

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 5/8/90 | Single | 12/13/22 until 12/31/22 | 7AM Pill Line |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

chronic care medications Descovy 200/25 and Prezista 800mg they are claiming that the manufacturer does not have my HIV meds in stock, but they refuse to increase the amount of pills from 14th to 30 per order. This is delibrate indifferent to a serious medical need.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Medical is putting me at risk of catching AIDS and they're harming my immune system by failing to give me my meds. It is a proven fact missed doses makes meds less effective

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Check medical Records for pill reorders | @ USP Victorville |

**12. (See instructions on reverse).** AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 50,000$ | | 50,000$ |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Exhibit 8 of 17

## Tort Attachment

8. Basis of Claim: In a 3 month span I have missed a total of 22 days of my life saving medications and medical is failing to address this situation aduquately. This is a direct violation of my 8th Amendments Rights.

### Exhibits List

BP- 8
BP- 8
Evidence

Exhibit(s) 9 of 17



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_____

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

January 11, 2023

Romancee George
Reg. No. 08537-104
United States Penitentiary
PO BOX 3900
Adelanto, CA 92301

RE:     Administrative Claim No. TRT-WXR-2023-02179 Received: December 30, 2022

Dear Mr. George:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

    Eliezer Ben-Shmuel
    Supervisory Attorney
    MDC Los Angeles
    535 N. Alameda Street
    Los Angeles, CA 90012

Sincerely,

_For D.Wong_

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

Exhibit(s) 10 of 17



**U. S. Department of Justice**
**Federal Bureau of Prisons**

_**Los Angeles Consolidated Legal Center**_
_Metropolitan Detention Center Los Angeles_

_535 N. Alameda Street_
_Los Angeles, CA 90012_

DATE MAILED:    OCT 0 5 2023

Romancee George
Reg. No. 08537-104
FCI Edgefield
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824


RE:  Administrative Claim No. TRT-WXR-2023-02179


Dear Claimant:

This is in response to your status inquiry dated September 14,
2023. Your claim is currently being investigated.  You will be
notified of the agency's determination of your claim once the
investigation has been completed.


Sincerely,

Eliezer Ben-Shmuel
Supervisory Attorney

Dennis M. Wong
Western Regional Counsel

Exhibit(s) 11 of 17

U. S. Department of Justice
Federal Bureau of Prisons

Metropolitan Detention Center Los Angeles

Los Angeles Consolidated Legal Center

535 N. Alameda Street
Los Angeles, CA  90012


DATE MAILED:          AUG  9 2024



Romancee George
Reg. No. 08537-104
USP Beaumont
United States Penitentiary
Post Office Box 26030
Beaumont, TX  77720


RE:  Administrative Claim No. TRT-WXR-2023-02179


Dear Claimant:


This is in response to your status inquiry dated July 29, 2024.
Your claim is currently being investigated.  You will be
notified of the agency's determination of your claim once the
investigation has been completed.



Sincerely,



May Shin
Supervisory Attorney



Dennis M. Wong
Western Regional Counsel


Exhibits 12 of 17

Exhibit Request for Help #9

TRULINCS 08537104 - GEORGE, ROMANCEE OSHAY - Unit: VIP-B-B

------------------------------------------------------------------------------------------

FROM: 08537104
TO: USP Health Services
SUBJECT: ***Request to Staff*** GEORGE, ROMANCEE, Reg# 08537104, VIP-B-B
DATE: 12/11/2022 08:31:48 AM

To: HSA
Inmate Work Assignment: NA

I HAVE SUBMITTED SEVERAL SICK CALLS 2 NO AVAIL I NEED 2 SEE MEDICAL ABOUT MY CHRONIC CARE STATUS .. I
MISSED 12 STRAIGHT DAYS OF MY PILLS UPON ARRIVAL AT THIS COMPLEX AND I DONT FEEL 100% ... I FEEL LIKE I
AM BEING TREATED DIFFERNTLY DUE 2 MY HEALTH CARE STATUS !! I FEEL AS IF MEDICAL IS ACTING WITH "
DELIBRATE INDIFFENRT " TO MY SERIOUS MEDICAL NEEDS ... I AM NOT RECEIVING EVIDENCE BASED CARE.

Exhibit(s)   13 of 17

Exhibit Request for help #2

TRULINCS 08537104 - GEORGE, ROMANCEE OSHAY - Unit: VIP-B-B

--------------------------------------------------------------------------------

FROM: 08537104
TO: USP Associate Warden
SUBJECT: ***Request to Staff*** GEORGE, ROMANCEE, Reg# 08537104, VIP-B-B
DATE: 12/27/2022 07:44:27 PM

To: warden
Inmate Work Assignment: na

i am not receiving my chonic care medications AHSA has not addressed my grave sitaution i am giving you notice because you
are responsible for my care ... i have missed a total of 26days of my meds is a 80 day span!!

Exhibit(S)  14 of 17

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | GEORGE, ROMANCEE OSHAY | | | Reg #: | 08537-104 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race: BLACK | Facility: | LEE |
| Note Date: | 04/12/2020 12:40 | Provider: | Meyers, William PharmD | Unit: | A01 |

Pharmacy Note - Chart Review-Other encounter performed at Telehealth.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Meyers, William PharmD

Quarterly Pharmacy HIV Review

Current regimen: Darunavir Ritonavir Emtricitabine/Tenofovir (TAF)

Current compliance: Less than 90%

Lab monitoring;02/12/20  CD4 = 829   11/27/19   VL = 35   SCr = 1.37

Recommendations: poor compliance per med fill data, continue to monitor and counsel adherence, repeat VL,
CD4, now, need current Hep B and C serology labs,needs regularly scheduled psychology counseling to
optimize HIV med adherence due to psych history,  educate on importance of vaccine compliance in HIV
population, needs MMR, Hep A vaccines

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Meyers, William PharmD on 04/12/2020 12:41

Exhibit # Labs Example

Exhibit(s)  15 of 17

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | GEORGE, ROMANCEE OSHAY | | | Reg #: | 08537-104 |
|---|---|---|---|---|---|
| Date of Birth: | 05/08/1990 | Sex: | M    Race: BLACK | Facility: | VIP |
| Note Date: | 01/26/2023 07:47 | Provider: | Filamore-Angel, Julie RN | Unit: | B23 |

Admin Note - Scheduling Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**         Provider:   Filamore-Angel, Julie RN
Per Bp 9 scheduling to ensure HIV medications issues beyond medical is being followed up on.

*Grievance*

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart_Review | 01/31/2023 09:00 | MLP 01 |

Please follow up with pharmacy on HIV medications.

**Copay Required:** No            **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Filamore-Angel, Julie RN on 01/26/2023 07:49
Requested to be cosigned by  Peikar, Nader MAT MD/CD.

Cosign documentation will be displayed on the following page.

*Exhibit(s) 16 of 17*

*Proof my Property was held from 4/7/23 until 2-2-24*

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISON**

| Institution: USP VICTORVILLE | 1. Name GEORGE, ROMANCEE | |
|---|---|---|
| 2. Register No: 08537-104 | 3. Unit: R E D | 4. Date & Time of Inventory: 9/25/23  0600 |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 9/28/23  0600

a. __ Admission   b. __ Hospital   c. __ Writ   d. ✓ Transfer   e. __ Detention

f. __ Release   g. __ Incoming Package   h. __ Other (specify) _____

6. Disposition (Disp.)
D-Donated   (M-Mail)   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

| a. Personally Owned Items | | b. Hygiene, etc. | | d. Food | |
|---|---|---|---|---|---|
| # Article | Disp. | # Article | Disp. | # Article | Disp. |
| __ Address Book | | __ Aspirin | | __ Bean | |
| __ Batteries | | __ Body Soap | | __ Cake | |
| __ Belt | | __ Cotton Swabs | | __ Candy | |
| __ Billfold | | __ Deodorant | | __ Chips | |
| __ Books, Reading hard __ soft __ | | __ Dental Floss | | __ Coffeemate | |
| __ Books, Religious hard __ soft __ | | __ Dentures Powder | | __ Cold drink mix, soda | |
| __ Boot | | __ Hair Oil | | __ Cough Drops | |
| __ Brassiere | | __ Petroleum Jelly | | __ Fish Packs | |
| __ Cap, Hat | | __ Menthol Rub | | __ Fruit | |
| __ Coat | | __ Razor | | __ Honey, Hi-protein | |
| __ Comb | | __ Shampoo | | __ Instant Coffee/Instant Chocolate | |
| __ Combination Lock | | __ Shaving Lotion | | __ Mayonnaise | |
| __ Dress | | __ Skin Lotion | | __ Oatmeal | |
| __ Eyeglass Case | | __ Soap Dish | | __ Pepperoni | |
| __ Eyeglasses | | __ Toothbrush | | __ Noodles | |
| __ Gloves | | __ Toothbrush Holder | | __ Rice | |
| __ Hairbrush/Pick | | __ Toothpaste | | __ Sausage | |
| __ Handkerchief | | __ Tweezers | | __ Spices | |
| __ Headphones | | | | __ Tea | |
| __ Laundry Jacket | | | | __ Vitamins | |
| __ Laundry Detergent | | | | | |
| __ Legal Materials | | | | | |
| __ Letters | M | | | | |
| __ Magazines | | | | | |
| __ Mirror | | | | | |
| __ Nail Clippers | | | | | |
| __ Pen/Ballpoint | | | | | |
| __ Pencils | | | | | |
| 2 Personal Papers | M | | | | |
| __ Photo Album | M | | | | |
| 25 Photo | M | | | | |
| __ Plastic Bowl Plastic Spoon, cup | | | | | |

(middle column items)
__ Plastic spoon, cup
__ Playing Cards
__ Purse
__ Radio (w/earplug)
__ Religious Medal
__ Shirt/Blouse
__ Shoes
__ Shoes, shower
__ Shoes, Slippers
__ Shorts
__ Skirt
__ Slip
__ Socks   M
__ Socks, Athletic
__ Stamps
__ Stockings
__ Sunglasses
__ Sweat pants
__ T-Shirt
__ Sweat Shirt
__ Thermal Bottoms
__ Thermal Top
__ Underwear
__ Watch/Watchband
1 Beanie

e. Hobby craft

| # Article | Disp. |
|---|---|

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property                                    Value Alleged by Inmate

Missing: Clothes, bowls,

✓ No individual item over $100.00   INP                CAME INTO RED 9/28

EDG

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession by the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies review and disposition of the property and receipt of a copy of the inventory. When the inmate signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: M. RAZO          Date: 9/28/23   Time: 07:35

I have today reviewed the property returned to me. INP

Signature of Inmate                08537-104   9/28/23   0735
                                   Register #   Date   Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: A. Thuya/A. Lee          Date: 02-02-24   Time: 0900

I have today reviewed the property returned to me. Romancee

Signature of Inmate                08537-104   02-02-24   0901
                                   Register #   Date   Time

Original: Central File; Copy: Inmate, R&D, Special Housing          Exhibit(s) 17 of 17

Exhibit C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

Docket Entry #3

**OFFICIAL BUSINESS**

Romancee George 08537-104

USP- Beaumont

Po Box 26030

Beaumont, TX 77720

207

A-116

3
1.50          1
1.50          1.50
1.50          × 5
1.50          6.50
1.50          1.50
1.50
1.50
.30
9308

12   12
×4   ×2
48   24
24
62

Exhibit 6

Docket Entry #3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | |
|---|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

Docket Entry #3                                    Exhibit (3)

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.



Romancee George BP537-104
USP. Beaumont
P.O. Box 26030
Beaumont, Tx 77720

LEGAL MAIL
Su

U.S. District Court
Central District of California
255 E. Temple St. Rm 180
Los Angeles, CA 90012

