**FULL NAME:** Romancee Oshay George

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** FCI Williamsburg P.O box #340 Salters, S.C. 29590

**PRISON NUMBER (if applicable):** 08537-104

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CASE NUMBER:** 5:24-cv-01895-CBM-ADS
*To be supplied by the Clerk*

PLAINTIFF,

v.

DEFENDANT(S).

**FIRST AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)
☑ 28. U.S.C. 1346(b) FTCA Lawsuit

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __3__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   5:21-cv-483-WWB-PRL (FOR MEDICAL MALPRATICE)
   5:21-cv-632-SPC-PRL (For excessive use of Force)

a. Parties to this previous lawsuit:
   Plaintiff __Romancee George__

   Defendants __Kristie Mathieu et al,__

b. Court __Ocala, Florida__

c. Docket or case number _____
d. Name of judge to whom case was assigned __Wendy Burger__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Dismissed for failure to follow an order__
f. Issues raised: _____

g. Approximate date of filing lawsuit: __9-24-2020__
h. Approximate date of disposition __2-14-2023__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not __because they fixed the issue late Feburary 2023 and I left in May 26, 2023__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Romancee Oshay George__
(print plaintiff's name)
who presently resides at __P.O Box 340 Salters, S.C. 29590   FCI Williamsburg__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__8th Amendments Rights (Creul and unusal Punishment) Victorville USP__
(institution/city where violation occurred)

on (date or dates) __October 6, 22__, __thru January, 2023__, _____.
                                   (Claim I)             (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __J. Steenbergen__ resides or works at
   (full name of first defendant)
   __13777 Air Express Way__
   (full address of first defendant)
   __Asst Health Service Admn @ USP__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Due to he is a federal officer/employee he trained by FBOP Prisoners Rights He violated the Constitution of U.S.A.__

2. Defendant __John Doe__ resides or works at
   (full name of first defendant)
   __Regional Pharmacy's__
   (full address of first defendant)
   __Address unknown__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Due to his is an ~~an~~ federal employee he was trained by FBOP Prisoners Rights He/She violated the Constitution of USA__

3. Defendant __United States of America__ resides or works at
   (full name of first defendant)
   __312 N. ~~Street~~ Spring Street Los Angles, Cali 90012__
   (full address of first defendant)
   __Department of Justice. Asst. U.S Attorney__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Under 28 USC 1346(b) United States is responible for harm/injury caused by federal employees.__

D. CLAIMS*

CLAIM I

The following civil right has been violated:

8th Amendments Rights creual and unusual punishment and "delibrate indifference to a serious medical need. Under Bivens

Under FTCA 28. U.S.C 1346(b) Medical Malpractice.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

United States of America Under 28 U.S.C 1346(b) I can sue the united states of America for personal injury caused by negligent or wrongful act or omission of any federal employee of the goverment

I am only suing U.S.A. Under FTCA I know I cant sue them under Bivens. My 8th Athenciments was violated by Federal Employee J. Steenbergen and Regional Pharmacy's at The Pharmacy for the Western Region who is also a federal employee.

SEE-Attachment #1 FOR Defendant Steenbergen
#2 FOR Regional Pharmacies

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Health Service Steebergen is a federal employee at USP-Victorville his job is Assistance Health Service administrator he is directly over USP-Victorville medical department. Steenbergen committed deliberate indifference to a serious medical need--by denying me/any help getting my HIV meds I am prescribed Descovy 225mg, Prezestia 800mg, and Norvir 100mg I specifly notified Steenbergen thru electronic requests that I was not receiving my meds timely! He never responded which is a breach of duty (see exhibits) Next I filed an informal resolution grievance notifing him again that I am not receiving my HIV medications I asked him to increase the amount from 14 pills per refill to 30 pills per month so I can (stop missing) 2 times in a 1 month span. Steebergen respond "Pharmacy at USP-Victorville told you they cant or couldn't obtain the medications and that I have to wait that I am denying your request for a 30 day amount stating 14 days is strandard procedures"! 14 day amount is not regular everywhere else I recieve 30 day amounts Victorville is only prison I been to give me 14 days only. He Steebergen could've helped me stop miss days by increasing amounts but denied me which is deliberate indifference to a serious medical need with taking pills everyday my immune system was being harmed and I die early due to missed doses. Its 100% fact Scientificly proven miss doses cause resistance to build against the treatment and put me at a greater risk to catch AIDS. Also when they order my labs Steenbergen can order a drug resistances test and Steenbergen could've used the Trustfund Account money Congress gaves them to obtain my pills from anywhere in America and he failed to do so because at the end of the year he makes a bonus off of all the money he saves!

ATTACHMENT 1 of 2

Pharmacy Tech at USP-Victorville told me and showed me they did in fact put in the refill order but told me Regional Pharmacy's is responsible to fill the orders she put in and that Regional Pharmacy's did not have the pills in stock and is trying to obtain my medications Descovy 225, Prezestia 800mg, and Norvir 100mg.

Regional Pharmacy's is a federal employee directly responsible for sending the medications to all Federal Prison in the western Region via the person who obtains the medications and (send) them to Victorville complex. By failing his/her's duties I was harmed.

Regional Pharmacy's committed deliberate indifference to a serious medical need by failing to obtain my HIV medications Descovy 225, Prezestia 800, and Norvir 100mg. Pharmacy was aware that I was being harmed Pharmacy dept at USP Victorville and Doctor send them an email and a copy of my BP-9 Grievance about me complaining about my CD4 counts and viral load was moving up and down which is not good 20 viral load and under is Untectable, CD4 200 equal AIDS from 200's to 456 I am in the Red Stage almost AIDS. Regional Pharmacy was notified that my counts was extremely low. It took regional Pharmacy from Oct 2022-Jan 2023 to get everything on track. During that time Period I continued to miss doses due to Pharmacy's at Regional failing to get my medicines Descovy 225 Prezestia 800mg, and Norvir 100mg

By failing to get my or obtain my medications timely Regional Pharmacy's failed at his/her's job duty and they committed deliberate indifference to a serious medical need failure to give/get my HIV medications and it is a scientific proven fact that miss dose harms your immune system and helps HIV build resistances against against treatment to meds and if my meds fail I could or will catch AIDS and die early.

2 of 2

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am requesting 50,000$ under Bivens and FTCA and 10,000$ punitive damages under Bivens

50,000$ for Compensentory Damages
50,000 for FTCA I filed that's the amount I request @ FTCA.

I am also now asking for release due to the federal Bureau of Prisons can not honor they duty my consitutional Right to adquate health care. I am asking Judges to at lease make them admit they are not providing health care guildlines for acoording to CDC policy or Department of Health. I never missed my medications while serve 5yr sentence in FL Dept of Corrections Dec 2016 thru Oct 2019 not 1 day.

September 22, 2025          Romanee Lowry
(Date)                      (Signature of Plaintiff)

Romancee George 08537-104
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

LEGAL MAIL
Submitted 9/22/2025

COLUMBIA SC 290
23 SEP 2025 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 29 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ADS Santa Ana

U.S. District Court Central
District of California (Los Angeles)
255 E. Temple Street (RM 180)
Los Angeles, California 90012