FILED

CLERK, U.S. DISTRICT COURT

12/24/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMANCEE OSHAY GEORGE, | Case No. 5:24-01895 CBM (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| J. STEENBERGEN et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 30) and the Report and Recommendation of United States Magistrate Judge (Dkt. No. 34.) Plaintiff has no objection to the Report and Recommendation (Dkt. No. 39.) The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.    The Report and Recommendation is accepted, (Dkt. No. 34); and

2.    Plaintiff's First Amended Complaint's <u>Bivens</u> claim only is dismissed without leave to amend.

DATED: 12/24/25

_____
THE HONORABLE CONSUELO B. MARSHALL
United States District Judge

2